UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO MILLER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> DFWGC CONSTRUCTION, LLC, ALTERRA INTERNATIONAL HOLDINGS, LLC, MERT GOKTURK AND MUKEMMEL SARIMSAKCI, INDIVIDUALLY, <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CA NO. 3:18-cv-2365-G |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Antonio Miller, Darius Wilson and Juan Pedroza and Defendants Alterra International Holdings, LLC, Mert Gokturk and Mukemmel Sairmsakci ("Defendants") file this Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiffs hereby dismiss, with prejudice, all claims against Defendants. Plaintiffs and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiffs' claims against Defendants.

Respectfully Submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
State Bar No. 00788641
doug@morelandlaw.com
**MORELAND VERRETT P.C.**
2901 Bee Cave Road, Box L
Austin, Texas 78746
Tel: (512) 782-0567
Fax: (512) 782-0605

**ATTORNEY FOR PLAINTIFFS**

and

/s/ Matt W. Holley
Matt W. Holley
State Bar No. 09875540
mholley@munsch.com
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Tel: (214) 855-7500
Fax: (214) 855-7584

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on August 14, 2020.

/s/ Douglas B. Welmaker
Douglas B. Welmaker